City of Chicago, Appellee, v. Theodore Dryier, Appellant.

Gen. No. 43,045.

Heard in the second division, first district, this court at the April term, 1944; opinion filed February 13, 1945; rehearing denied March 5, 1945; released for publication March 5, 1945. George L. Griffin, for appellant; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and Georgia Jones Ellis, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.